IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TERESA JOHNSTON and JOHN DOES 1-5,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HAGADONE MONTANA PUBLISHING, LLC and JOHN DOES I-XXX,<br><br>　　　　　Defendants. | CV 20–113–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 18.) The stipulation states that the parties have fully and finally compromised and settled this matter and stipulate to dismissal of this action with prejudice, with each party to bear their own costs of suit. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 12th day of April, 2022.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court